RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Peter Anthony Harridge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>PETER ANTHONY HARRIDGE,<br><br>                Defendant. | Case No. 2:16-mj-543-GWF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW the defendant, Peter Anthony Harridge, by and through his counsel of record, Monique Kirtley, Assistant Federal Public Defender, and hereby moves this court for an order to modify his conditions of pretrial release. This motion is supported by the following Memorandum of Points and Authorities.

DATED this 22nd day of September, 2016.

                                RENE L. VALLADARES
                                Federal Public Defender

                        By:    */s/Monique Kirtley*
                                MONIQUE KIRTLEY
                                Assistant Federal Public Defender
                                Attorney for Peter Anthony Harridge

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On September 9, 2016, Mr. Harridge was released on bond under Pretrial Services supervision with conditions. PR Bond (CR#4). Among those conditions, Mr. Harridge was ordered to surrender any passport(s) to U.S. Pretrial Services. *Id.* Mr. Harridge surrendered his British passport.

2. An additional condition of Mr. Harridge's release and supervision requires that he clear his traffic infraction bench warrants in Las Vegas Justice Court. On September 12, 2016, Mr. Harridge's counsel appeared before Las Vegas Justice Court Traffic Referee David Doto, which cleared the bench warrants. Judge Doto has required Mr. Harridge to obtain his driver's license within 30 days and pay a fine within 90 days to resolve these matters (Justice Court case numbers LVM0031231, 105297966, and 105259443).

3. Mr. Harridge contacted the Nevada Department of Motor Vehicles (DMV) and was advised that he must show "proof of identity" to obtain a valid Nevada driver's license. Counsel has confirmed through the Nevada DMV website that there are four ways for Mr. Harridge to prove his identity: (1) a state issued birth certificate, (2) a passport, (3) a Consular Report of Birth Abroad, or (4) an out-of-state driver's license, permit, or identification that contains real ID markings approved by the Department of Homeland Security.[1] Mr. Harridge's only form of identification was his British passport, which he surrendered to Pretrial services on September 12, 2016. Furthermore, counsel researched the requirements to obtain Mr. Harridge's birth certificate from Glendale, California and learned from their website that a birth certificate request takes 20 working days to receive, which will violate the 30 day window mandated by the court.[2]

---

[1] http://dmvnv.com/dlresidency.htm

[2] http://www.lavote.net/home/records/birth-records/birth-records-request/mail-request

2

4.      Mr. Harridge, by and through his counsel, requests that the court allow Mr. Harridge one day (24 hours) to receive his British passport from Pretrial Services and take it to the Nevada DMV so that he may obtain a Nevada driver's license and comply with the Clark County Justice Court's requirement that he obtain a license within 30 days.  Mr. Harridge will return is British passport to pretrial services within twenty-four hours of receiving it from pretrial services

5.      Neither Pretrial Services Officer Barlow nor the government have any opposition to this modification request.

DATED this 22nd day of September, 2016.

                                                  Respectfully Submitted,

                                                  RENE L. VALLADARES
                                                  Federal Public Defender

                                                  By: */s/ Monique Kirtley*____
                                                  MONIQUE KIRTLEY
                                                  Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>PETER ANTHONY HARRIDGE,<br><br>    Defendant. | Case No. 2:16-mj-543-GWF<br><br>**PROPOSED ORDER** |

IT IS HEREBY ORDERED that Pretrial services shall return Defendant Peter Harridge's British passport for one 24 hour period, so that he may obtain a valid Nevada driver's license. Defendant Peter Harridge shall return this passport prior to the expiration of this 24 hour period.

DATED this 23rd day of September, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**

4

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 22, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
NADIA J. AHMED
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

                                        */s/ Brandon Thomas*
                                        Employee of the Federal Public Defender