**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>PETER HARRIDGE,<br><br>      Defendant. | Case No. 2:16-mj-543-GWF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 22, 2016 at the hour of 4:00 p.m., be vacated and continued to January 9, 2017 at the hour of 4 : 00 p .m.

DATED this 22nd day of November, 2016.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE