# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER ANTHONYH HARRIDGE,<br><br>Defendant. | Case No: 2:16-mj-00543-GWF<br><br>ORDER CONTINUING<br>PRELIMINARY HEARING |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for January 9, 2017, at the hour of 4:00 p.m., be vacated and continued to March 10, 2017, at the hour of 4:00 p.m.

DATED this 9th day of January, 2017

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE