1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-mj-543-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| PETER HARRIDGE, | |
| Defendant. | |

9
10   Based on the Stipulation of counsel and good cause appearing,

11   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on

12 March 10, 2017 at the hour of 4:00 p.m., be vacated and continued to __April 11, 2017__ at

13 the hour of 4:00 pm.

14   DATED this _9th_ day of March, 2017.

15
16                                    _George Foley Jr._
17                                    UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26