# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER HARRIDGE,<br><br>　　　　Defendant. | Case No. 2:16-mj-543-GWF<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 11, 2017 at the hour of 4:00 p.m., be vacated and continued to _May 11, 2017_ at the hour of _4_:_00_ _p_.m.

　　DATED this 11th day of April, 2017.

　　　　　　　　　　　　　　　　　　_George Foley Jr._
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE