| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | Nevada State Bar No. 11479 |
| | MONIQUE KIRTLEY |
| 3 | Assistant Federal Public Defender |
| | 411 E. Bonneville, Ste. 250 |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 388-6577/Phone |
| 5 | (702) 388-6261/Fax |
| | Monique_Kirtley@fd.org |

Attorney for Peter Harridge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-543-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Eighth Request) |
| PETER HARRIDGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Peter Harridge, that the Preliminary Hearing currently scheduled on June 29, 2017 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is ill and will not be able to attend the scheduled preliminary hearing.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the eighth request for continuance filed herein.

DATED this 29th day of June, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Nadia Janjua Ahmed*<br>By_____<br>NADIA JANJUA AHMED<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER HARRIDGE,<br><br>    Defendant. | Case No. 2:16-mj-543-GWF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 29, 2017 at the hour of 4:00 p.m., be vacated and continued to July 20, 2017 at the hour of 4:00 p.m.

    DATED this 30th day of June, 2017.

                                        _/s/ George Foley Jr._
                                      UNITED STATES MAGISTRATE JUDGE