# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Court No.: 2:16-mj-00543-GWF |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| PETER A. HARRIDGE, ) | (Tenth Request) |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steve W. Myhre, Acting United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant **PETER A. HARRIDGE** that the preliminary hearing in the above-captioned matter, currently scheduled for August 18, 2017, at the hour of 4:00 p.m., be vacated and continued for sixty (60) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties have reached an agreement but still require additional time for undersigned counsel to review the agreement with the defendant.

2. Defendant is not in custody and does not object to the continuance.

1

1 | 3. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

6. This is the tenth request for continuance filed herein.

DATED this 17th day of August, 2017.

Respectfully submitted,

STEVE W. MYHRE
Acting United States Attorney

/s/ Monique Kirtley                    /s/ Nadia Ahmed

MONIQUE KIRTLEY, AFPD          NADIA AHMED
Counsel for defendant          Assistant United States Attorney
**PETER ANTHONY HARRIDGE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:16-mj-00543-GWF |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING PRELIMINARY HEARING |
| PETER ANTHONYH HARRIDGE, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for August 18, 2017, at the hour of 4:00 p.m., be vacated and continued to __October 23__, 2017, at the hour of 4:00 p.m.

DATED this __18th__ day of August, 2017

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

3