**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-543-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| PETER HARRIDGE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 23, 2017 at the hour of 4:00 p.m., be vacated and continued to Nov. 27, 2017 at the hour of 4:00 p.m.

DATED this 23rd day of October, 2017.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE