# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

PETER HARRIDGE,

       Defendant.

Case No. 2:16-mj-543-GWF

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 27, 2017 at the hour of 4:00 p.m., be vacated and continued to January 26, 2018 at the hour of 4:00 p.m.

    DATED this 27th day of November, 2017.

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE