**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETER HARRIDGE,<br><br>　　　　Defendant. | Case No. 2:16-mj-543-GWF<br><br>**ORDER** |

　　　　Based on the Stipulation of counsel and good cause appearing. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

　　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, February 26, 2018 at the hour of 4:00 p.m., be vacated and continued to __March 29, 2018__ at the hour of __4:00 p.m.__.

　　　　DATED this __27th__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE