```
1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   ANDREW WONG
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Andrew_Wong@fd.org
6
   Attorney for Peter Anthony Harridge
7
```

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Peter Anthony Harridge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-543-GWF |
| Plaintiff, | **STIPULATION FOR RETRUN OF PASSPORT** |
| v. | |
| PETER ANTHONY HARRIDGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Peter Harridge, that Pretrial Services return Mr. Harridge's passport to him permanently.

This Stipulation is entered into for the following reasons:

1. Parties agree that Mr. Harridge will receive his passport back from Pretrial Services.

2. Defendant has informed counsel that he received his tax return from the I.R.S and identification is required to cash the check.

3. Defendant will the money received from his tax refund to pay his outstanding restitution.

4. Defendant is currently scheduled for a status conference on May 7, 2019 at 1:30pm. Mr. Harridge plans to satisfy his restitution obligation prior to this court date.

DATED this 19th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By */s/ Nadia Ahmed*<br>Nadia Ahmed<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-543-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| PETER HARRIDGE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing Pretrial Service is directed to return Mr. Harridge's passport to him.

DATED this 22nd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE